No. 588. American Gilsonite Co. *v.* Commissioner of Internal Revenue. C. A. 10th Cir. Certiorari denied. *Allan E. Mecham* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Harry Baum* and *Marvin W. Weinstein* for respondent.

No. 646. Fireman's Fund Insurance Co. *v.* Wilburn Boat Co. et al. C. A. 5th Cir. Certiorari denied. *Edward B. Hayes* and *Joe A. Keith* for petitioner. *Hobert Price* and *T. G. Schirmeyer* for respondents.

No. 648. Tamarkin *v.* United States. C. A. 5th Cir. Certiorari denied. *Leonard Edward Abel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 650. Hankinson *v.* Van Dusen et al. C. A. 3d Cir. Certiorari denied. *Seymour I. Toll* for petitioner. *Bernard G. Segal* and *Edward W. Mullinix* for respondents. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Lionel Kestenbaum* for the United States in opposition.

No. 652. George Sollitt Construction Co. *v.* Gateway Erectors, Inc. C. A. 7th Cir. Certiorari denied. *Robert B. Johnstone* for petitioner.

No. 654. Faraco *v.* Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied. *David R. Shelton* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for respondent.